M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 JUL 23 A 9:41

RODNEY GLEN WILLIAMS W/218974 )
Full name and prison name of )
Plaintiff(s) )
)
v. )        CIVIL ACTION NO. 3:07cv665-MEF
)        (To be supplied by Clerk of U.S. District
~~SGT GOODWIN~~ JAY JONES )        Court)
LUTHER FOREMAN )
SGT. LYLES, OFFICER SCROGGINS, )
OFFICER PIERSON )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

    3.      Docket number _____

    4.      Name of judge to whom case was assigned _____

    5.      Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

    6.      Approximate date of filing lawsuit _____

    7.      Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  LEE COUNTY JUSTICE CENTER LEE COUNTY, ALABAMA

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  LEE COUNTY JAIL LEE COUNTY, ALABAMA

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | JAY JONES | |
| 2. | LUTHER FORMAN | |
| 3. | SGT LYLES | |
| 4. | OFFICER SCROGGINS | |
| 5. | OFFICER PIERSON | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  WEDNSDAY JULY 11TH 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  THE OFFICERS OF THE JAIL WERE IN FACT NEGLIGENT IN RESPONDING TO AN ALTERCATION

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

BETWEEN 4:00 & 4:30 BEFORE DINNER WAS FED AN ALTERCATION BROKE OUT BETWEEN TWO INMATES, AT WHICH TIME I STARTED TO BREAK UP, (KEEP THE PEACE IF YOU WILL) THIS WAS IN 300 BLOCK. I WAS BLIND SIDED "HIT" BY AN INMATE TO WERE I FELL AND THEN GOT STOMPED ON BY THESE AND SEVERAL OTHER J3's

GROUND TWO: FINALLY OFFICER WHEELER DID PULL ME OUT OF THE CELL 300 ON MY BACK BLOODY, A FEMALE OFFICER AT THAT AND TOOK ME STRAIT TO THE HEATH UNIT.

SUPPORTING FACTS: OFFICER PARQUET AND OFFICER WHEELER GOT SECURITY PERSONAL INTO 300 BLOCK AND LOCKED DOWN FOR THE NIGHT AT THIS TIME. I WAS THEN TRANSPORTED TO THE EAMC HOSPITAL WHERE I DID RECIEVE X-RAYS AND STITCHES (7)

GROUND THREE: AT THIS TIME OFFICER BANKS CAME AND TOOK MY STATEMENT AND PHOTOS OF MY WOUNDS, AND STATED HEMSELF HE WAS TO FILE CHARGES AGAINST INMATES INVOLVED

SUPPORTING FACTS: HE DID INFACT COME AND TAKE THE PHOTO'S AND MY STATEMENT, I SIGNED IT WHEN HE WAS FINISHED

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I CLAIM NEGLIGENCE ~~AGAINST~~ ON JAILERS PARTS I WANT JOBS AND FUNDS FOR MY PAIN.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7-17-07
              (Date)

WITNESS  Signature of plaintiff(s)
WITNESS
WITNESS

NO NOTARY WAS AVAILIBLE.



RODNEY GLEN WILLIAMS
P.O. BOX 2407
OPELIKA, AL 36801

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA

36101+0711